IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HENRY YOUNG,<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>JEANNE WOODFORD, Director of California Department of Corrections and Rehabilitation,<br><br>　　　　　　　　　　　　Respondent. | 2:05-CV-2273-FCD-GGH-P<br><br>**ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, Respondent is hereby GRANTED an extension of time, to and including April 27, 2006, to file a response in this matter.

Dated:  3/27/06

/s/ Gregory G. Hollows
_____
THE HONORABLE GREGORY G. HOLLOWS
United States District Court Judge

youn2273.po2

[Proposed] Order

1