IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER HENRY YOUNG,

        Petitioner,                    No. CIV 05-2273 FCD GGH P

     vs.

JEANNE WOODFORD, Director of California Department of Corrections and Rehabilitation,

        Respondent.               <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 12, 2007, summary dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

1

1  For the reasons set forth in the magistrate judge's February 8, 2007, findings and
2  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3  right. Accordingly, a certificate of appealability should not issue in this action.
4  IT IS SO ORDERED.
5  DATED: April 24, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE